- 1 -

1 | Your Name: Ronisha Sharde Gaines
2 | Address: PO Box 6625 San Pablo, CA 94806
3 | Phone Number: (925) 270-9205
4 | Fax Number:
5 | E-mail Address: Ronishs.gaines@outlook.com
6 | Pro Se Plaintiff

FILED
MAR -1 2024 WM   NP
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ronisha Sharde Gaines

Plaintiff,

vs.

WordPress

Defendant.

Case Number C24-01279 SI
[leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes [ ]   No [✓]

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Ronisha Sharde Gaines
Address: PO Box 6625 San Pablo, CA 94806
Telephone: (925) 270-9205

COMPLAINT
PAGE ___ OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

| | |
|---|---|
| 1 | 2. Defendants. [*Write each defendant's full name, address, and phone number.*] |
| 2 | Defendant 1: |
| 3 | Name: WORDPRESS |
| 4 | Address: 60 29th Street # 343 San Francisco, CA 94110 |
| 5 | Telephone: (877) 273-3049 |
| 6 | |
| 7 | Defendant 2: |
| 8 | Name: |
| 9 | Address: |
| 10 | Telephone: |
| 11 | |
| 12 | Defendant 3: |
| 13 | Name: |
| 14 | Address: |
| 15 | Telephone: |
| 16 | |

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[✓] under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

[ ] under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – Rev. 05/2017]*

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

[X] a substantial part of the events I am suing about happened in this district.

[ ] a substantial part of the property I am suing about is located in this district.

[ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

[ ] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in __Contra Costa County__ County, it should be assigned to the __San Francisco/Oakland__ Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

Someone hijacked my blog and I cannot regain access. The gmail account that I used has been hacked & discarded. The credit card I used to pay for the site has be compromised & placed in collections. I have my Government copyright certificate for my wordpress blog howthislotusbloomed.wordpress.com.

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

# CLAIMS

## First Claim

(Name the law or violated: 17 U.S.C 501 Infringement of Copyright)

(Name the defendants who violated it: WORDPRESS)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

The law is copyright infringement. I reached out to wordpress to regain access to my site after having my identity stolen & gmail account hacked. They were non cooperative.

I have been harmed financially due to not being able to monetize the site since I cannot log in.

I have my copyright certificate attached.

//

COMPLAINT

PAGE ___ OF ___   [JDC TEMPLATE – 05/17]

- 7 -

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

I would like the court to demand that wordpress grants me access to my site by helping me change the log in credentials & email address, using my copyright certificate as proof that I own the content.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 2/14/2024     Sign Name: R. H

Print Name: Ronisha S. Gaines

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – 05/17]*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**TX 9-117-772**
Effective Date of Registration:
May 07, 2022
Registration Decision Date:
May 10, 2022

## Copyright Registration for a Group of Short Online Literary Works
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Titles

- Title of Group: How This Lotus Blooms 11122021 - 01222022
- Number of Works in Group: 7

- Titles of Works:   In the Shadows - A Prelude,
  What was Found,
  Blind Faith,
  Wanna Be,
  Merica,
  This Lifetime,
  Room Enough to Receive It

### Completion/Publication

- Year of Completion: 2022
- Earliest Publication Date in Group: November 12, 2021
- Latest Publication Date in Group: January 22, 2022
- Nation of First Publication: United States

### Author

- Author: Ronisha Sharde Gaines
  Pseudonym: Sade
  Author Created: text
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1986

### Copyright Claimant

- Copyright Claimant: Ronisha Sharde Gaines

1271 MONUMENT BLVD, APT 37, Concord, CA, 94520, United States

## Rights and Permissions

   Name: Ronisha Sharde Gaines
   Email: beboldbeautifully@gmail.com
   Telephone: (925)206-8125
   Address: 1271 Monument Blvd
            Apt 37
            Concord, CA 94520 United States

## Certification

   Name: Ronisha Sharde Gaines
   Date: February 26, 2022

Correspondence: Yes
Copyright Office notes: Regarding group registration: A group of literary works may be registered in Class TX under 37 C.F.R. 202.4(j) if the following requirements have been met: 1) All the works must be short online literary works as defined in 37 C.F.R. 202.4(j), 2) the group may include up to fifty works, 3) all the works must be published online within a period of three calendar months, and the applicant must provide the earliest and most recent publication date, 4) a title must be provided for each work and for the group as a whole, 5) all the works must be created by the same author or the same joint authors, 6) the works must not be works made for hire, 7) the author(s) must be named as the copyright claimant (s) for each work, and 8) the authorship claimed in each work must be limited to the text.