UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONISHA SHARDE GAINES,<br><br>        Plaintiff,<br><br>    v.<br><br>WORDPRESS,<br><br>        Defendant. | Case No. 24-cv-01279-SI<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

In an order filed March 8, 2024, the Court granted plaintiff's application to proceed *in forma pauperis* and dismissed the complaint with leave to amend. The complaint alleged a single cause of action for copyright infringement under 17 U.S.C. § 501. The Court dismissed that claim without leave to amend, but allowed plaintiff to assert different claims in an amended complaint to be filed by April 5, 2024, if she wished to do so. Plaintiff did not file an amended complaint.

Accordingly, the Court DISMISSES this case with prejudice.

**IT IS SO ORDERED**.

Dated: April 16, 2024

                                        SUSAN ILLSTON<br>                                        United States District Judge