United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONISHA SHARDE GAINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WORDPRESS,<br><br>　　　　Defendant. | Case No. 24-cv-01279-SI<br><br>**JUDGMENT** |

　　This case has been dismissed with prejudice. Judgment is hereby entered against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: April 16, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge